# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| STEVEN GEWECKE AND TAMARA GEWECKE, | Civil No. 09-1890 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| US BANK, N.A., CITIGROUP MORTGAGE LOAN TRUST 2007-AMC1, ARGENT MORTGAGE COMPANY, LLC, ACC CAPITAL HOLDINGS CORPORATION, AND COUNTRYWIDE HOME LOANS, INC., | |
| Defendants. | |

_____

This matter is before the Court on the stipulation filed by the parties on October 22, 2009, [Docket No. 26].

**IT IS HEREBY ORDERED** that:

1. That the time for Argent and ACC to fully respond to Plaintiffs' Amended Complaint by filing their brief and supporting papers in support of their Rule 12 motion to dismiss and/or strike is extended to November 16, 2009;

2. That initial briefs and supporting documents in support of dispositive motions shall be filed and served on or before November 16, 2009;

3. That response briefs in opposition to dispositive motions shall be filed and served on or before December 14, 2009;

4. That reply briefs in further support of any dispositive motions shall be filed

and served on or before December 21, 2009;

5. That a hearing on dispositive motions shall be set by the Court at a later date based on the Court's availability; and

6. That nothing herein shall preclude amendments to this schedule that would allow additional dispositive motions to be heard at the same time, nor shall this schedule preclude further dispositive motions in this case as may be appropriate.

DATED: October 26, 2009
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge