UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN GEWECKE AND TAMARA GEWECKE,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK, N.A., CITIGROUP MORTGAGE LOAN TRUST 2007-AMC1, ARGENT MORTGAGE COMPANY, LLC, ACC CAPITAL HOLDINGS CORPORATION, COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | Civil No. 09-1890 (JRT/LIB)<br><br>**ORDER FOR DISMISSAL** |

Jane Bowman, Mark Ireland, and Kari Rudd, **HOUSING PRESERVATION PROJECT,** 570 Asbury Street, Suite 105, St. Paul, MN 55104, for plaintiffs.

Jared Goerlitz and Steven Bruns, **PETERSON, FRAM & BERGMAN, PA,** 55 East Fifth Street, Suite 800, St. Paul, Mn 55101, for Defendants US Bank, N.A., CitiGroup Mortgage Loan Trust 2007-AMC1, and Countrywide Home Loans, Inc.

Britta Schnoor Loftus and Shari Aberle, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for Defendants Argent Mortgage Company, LLC and ACC Capital Holdings Corporation.

This matter is before the Court on the joint stipulation for dismissal with prejudice of all claims against Defendants Argent Mortgage Company, LLC and ACC Capital Holdings Corporation, filed on August 18, 2010 [Docket No. 62].

**IT IS HEREBY ORDERED** that all claims by Plaintiffs Steven Gewecke and Tamara Gewecke in the above-entitled action against Defendants Argent Mortgage Company, LLC and ACC Capital Holdings Corporation are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorneys' fees to any party.

DATED: September 7, 2010             s/ John R. Tunheim
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                        United States District Judge