**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-CV-01890 (JRT-LIB)**

| | |
|---|---|
| Steven Gewecke; and<br><br>Tamara Gewecke,<br><br>      Plaintiffs,<br><br>v.<br><br>US Bank, N.A. as trustee for CitiGroup Mortgage Loan Trust, 2007-AMC1;<br><br>CitiGroup Mortgage Loan Trust 2007-AMC1;<br><br>Argent Mortgage Company, LLC;<br><br>ACC Capital Holdings Corporation; and<br><br>Countrywide Home Loans, Inc.<br><br>      Defendants. | **US BANK, N.A, AS TRUSTEE, CITIGROUP MORTGAGE LOAN TRUST 2007-AMCI, CITIGROUP MORTGAGE LOAN TRUST 2007 AMC1 AND COUNTRYWIDE HOME LOANS, INC.S' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Defendants US Bank, N.A., as trustee for CitiGroup Mortgage Loan Trust, 2007-AMC1, CitiGroup Mortgage Loan Trust 2007-AMC1 and Countrywide Home Loans, Inc. ("**Countrywide Defendants**"), pursuant to Rule 12 (b) of the Federal Rules of Civil Procedure, hereby move this Court for an Order dismissing Plaintiffs Steven Gewecke and Tamara Gewecke's claims in Counts I, II, III, IV and V of their Complaint with prejudice against Countrywide Defendants for failing to state a claim upon which relief can be granted.

The grounds for this motion will be fully set forth in Countrywide Defendants' Memorandum of Law in Support of Motion, the supporting affidavits, as well as the files, records and proceedings herein, and the arguments of counsel.

1

**PETERSON, FRAM & BERGMAN, P.A.**

DATED: September 29, 2010  /s/ Jared M. Goerlitz
Steven H. Bruns (#14888X)
*sbruns@pfb-pa.com*
Jared M. Goerlitz (#386714)
*jgoerlitz@pfb-pa.com*
55 East Fifth Street, Suite 800
St. Paul, MN  55101
Phone: (651) 291-8955
Fax: (651) 228-1753
*Attorneys for Defendants U.S. Bank, N.A., as Trustee for CitiGroup Mortgage Loan Trust 2007-AMC1, CitiGroup Mortgage Loan Trust 2007-AMC1 and Countrywide Home Loans, Inc.*